PEOPLE v HUNT. Appeal from Recorder's Court of Detroit, Frank G. Schemanske, J. Submitted Division 1 March 7, 1972, at Detroit. (Docket No. 12647.) Decided March 31, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Leonard Meyers*, Assistant Prosecuting Attorney, for the people.

*Carl Ziemba*, for defendant on appeal.

Before: LEVIN, P. J., and V. J. BRENNAN and VAN VALKENBURG, JJ.

MEMORANDUM OPINION. Defendant was tried and found guilty by a jury of armed robbery, MCLA 750.529; MSA 28.797, and assault with intent to commit rape, MCLA 750.85; MSA 28.280, was sentenced to prison terms of 12–1/2 to 25 years and 9 to 10 years respectively and appeals.

An examination of the record and briefs discloses no prejudicial error depriving defendant of any substantial right.

Affirmed.